ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| MACNAK Korte Team LLC ) | ASBCA No. 59965 |
| ) | |
| Under Contract No. W912QR-13-C-0014 ) | |

APPEARANCE FOR THE APPELLANT:  Mr. Todd J. Korte
Management Committee Representative

APPEARANCES FOR THE GOVERNMENT:  Thomas H. Gourlay, Jr., Esq.
Engineer Chief Trial Attorney
Travis D. Van Ort, Esq.
Engineer Trial Attorney
U.S. Army Engineer District, Louisville

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated:  20 July 2015

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59965, Appeal of MACNAK Korte Team LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals